**Opinion issued October 20, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00061-CV

————————————

**SOLIZ AUTOMOTIVE, INC. D/B/A COLLISION SPECIALIST #1,**
**Appellant**

**V.**

**SKOPOS FINANCIAL, LLC, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 14-DCV-214508**

---

## MEMORANDUM OPINION

Appellant, Soliz Automotive, Inc. d/b/a Collision Specialist #1, has neither established indigence for purposes of appellate costs nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P.

20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.

2